**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

| | | |
|---|---|---|
| In re: | | |
| 16509 LINCOLN HIGHWAY LLC | § | Case No. 19-70321-JAD |
| Debtor(s) | § | Chapter 7 |
| | § | |
| Eric E. Bononi, Trustee | § | |
| Movant | § | |
| | § | |
| v. | § | |
| No Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric Bononi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $97,441.37 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,641,033.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $19,950.75 | | |

3) Total gross receipts of $1,660,983.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,660,983.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,406,000.00 | $1,805,999.80 | $1,640,534.00 | $1,640,534.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $34,462.67 | $19,950.75 | $19,950.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $33,793.57 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $149,955.50 | $27,422,611.88 | $27,422,611.88 | $499.00 |
| **TOTAL DISBURSEMENTS** | $1,589,749.07 | $29,263,074.35 | $29,083,096.63 | $1,660,983.75 |

4) This case was originally filed under chapter 7 on 04/08/2019. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/18/2020            By: /s/ Eric Bononi
                                                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16509 Lincoln Hwy. Breezewood, PA 15533 Tax ID #I.09-B.07-004-0-001 Lot 1. - .53 acres, Fee Simple | 1110-000 | $442,577.74 |
| 16521 Lincoln Hwy. Breezewood, PA 15533 Tax ID #I.09-B.07-004 Lot 2. - .979 acres, Fee Simple, Valuation Method: Compara | 1110-000 | $889,107.09 |
| 4178 Quaker Valley Rd. Alum Bank, PA 15521 Tax ID #D.05-B.04-020 Parcel 1.375 acres, Fee Simple | 1110-000 | $329,298.92 |
| **TOTAL GROSS RECEIPTS** | | **$1,660,983.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chestnut Ridge Area Joint Municipal Authority | 4800-000 | NA | $2,459.40 | $2,300.92 | $2,300.92 |
| 3 | Rapid Funding LLC c/o McGrath McCall, P.C. | 4110-000 | $1,406,000.00 | $1,794,295.92 | $1,628,869.08 | $1,628,869.08 |
| 4 | Bedford Tax Claim Bureau | 4700-000 | NA | $9,244.48 | $9,364.00 | $9,364.00 |
| | **TOTAL SECURED** | | **$1,406,000.00** | **$1,805,999.80** | **$1,640,534.00** | **$1,640,534.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eric Bononi | 2100-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Attorney for Trustee, Expenses - Eric Bononi | 3120-000 | NA | $564.22 | $0.00 | $0.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Costs re Sale of Property - Passport Settlement Services, LLC | 2500-000 | NA | $449.75 | $449.75 | $449.75 |
| Other Professional Fees - Offit Kurman, P.A. | 3991-000 | NA | $4,545.00 | $4,545.00 | $4,545.00 |
| Other Professional Fees - Dickie McCamey & Chilcote, P.C. | 3991-000 | NA | $23,722.70 | $9,775.00 | $9,775.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $34,462.67 | $19,950.75 | $19,950.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chestnut Ridge Municipal | 5600-000 | $1,500.00 | NA | NA | NA |
| N/F | Dickie, McCamey & Chilcote, P.C. Attn: Samuel R. Grego, Esq. | 5600-000 | $23,722.00 | NA | NA | NA |
| N/F | Penelec | 5600-000 | $108.70 | NA | NA | NA |
| N/F | West Penn Power | 5600-000 | $1,155.87 | NA | NA | NA |
| N/F | Wolff & Orenstein Attn: Jeffrey Orenstein | 5600-000 | $7,307.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$33,793.57** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Offit Kurman, P.A. | 7100-000 | $86,420.95 | $83,700.95 | $83,700.95 | $1.52 |
| 6 | Lisa Swope, Chapter 7 Trustee for the Estate of BG c/o Matthew M. Herron | 7100-000 | NA | $27,338,910.93 | $27,338,910.93 | $497.48 |
| N/F | Bedford Asset Leasing Company LLC Attn: Attilio S. DeMarco | 7100-000 | $26,729.00 | NA | NA | NA |
| N/F | Bedford County, PA Tax Bureau | 7100-000 | $3,208.44 | NA | NA | NA |
| N/F | Bedford County, PA Tax Bureau | 7100-000 | $10,351.36 | NA | NA | NA |
| N/F | Bedford County, PA Tax Bureau | 7100-000 | $8,392.65 | NA | NA | NA |
| N/F | Bedford Holdings LLC Attn: Attilio S. DeMarco | 7100-000 | $7,240.40 | NA | NA | NA |
| N/F | Cincinnati Insurance Company | 7100-000 | $902.00 | NA | NA | NA |
| N/F | Clark Well Service | 7100-000 | $1,149.00 | NA | NA | NA |
| N/F | East Providence Township | 7100-000 | $315.51 | NA | NA | NA |
| N/F | Penelec | 7100-000 | $239.21 | NA | NA | NA |
| N/F | West Penn Power | 7100-000 | $5,006.98 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$149,955.50** | **$27,422,611.88** | **$27,422,611.88** | **$499.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-70321-JAD | Trustee Name: | (580760) Eric Bononi |
|---|---|---|---|
| Case Name: | 16509 LINCOLN HIGHWAY LLC | Date Filed (f) or Converted (c): | 04/08/2019 (f) |
| | | § 341(a) Meeting Date: | 10/23/2019 |
| For Period Ending: | 06/18/2020 | Claims Bar Date: | 10/02/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at First Commonwealth Bank 9503 Lincoln Hwy. Bedford, PA 15522, xxxxxx0768 | 64.65 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at BB&T 5825 Buckeystown Pike Frederick, MD 21704, xxxxxx0612 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | A/R stown.TN 37813. Face amount = Unknown. Doubtful/Uncollectible accounts = $0.00. | Unknown | Unknown | | 0.00 | FA |
| 4 | A/R ett, PA 15537. Face amount = $33,350.00. Doubtful/Uncollectible accounts = $0.00. | 33,350.00 | 0.00 | | 0.00 | FA |
| 5 | A/R rick, MD 21701. Face amount = $14,756.72. Doubtful/Uncollectible accounts = $0.00. | 14,756.72 | 0.00 | | 0.00 | FA |
| 6 | A/R rick, MD 21701. Face amount = $13,170.00. Doubtful/Uncollectible accounts = $0.00. | 13,170.00 | 0.00 | | 0.00 | FA |
| 7 | 7 Multiple Product Dispensers (6 gasoline, 1 diesel) 16521 Lincoln Highway Breezewood, PA 15533. | 28,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Multiple Product Dispensers (gasoline) 4178 Quaker Valley Road Alum Bank, PA 15521. | 8,000.00 | 0.00 | | 0.00 | FA |
| 9 | 16509 Lincoln Hwy. Breezewood, PA 15533 Tax ID #I.09-B.07-004-0-001 Lot 1. - .53 acres, Fee Simple<br>Order Granted at doc. 128 | 672,000.00 | 442,577.74 | | 442,577.74 | FA |
| 10 | 16521 Lincoln Hwy. Breezewood, PA 15533 Tax ID #I.09-B.07-004 Lot 2. - .979 acres, Fee Simple, Valuation Method: Comparable Sale<br>Order Granted at doc. 128 | 1,350,000.00 | 889,107.09 | | 889,107.09 | FA |
| 11 | 4178 Quaker Valley Rd. Alum Bank, PA 15521 Tax ID #D.05-B.04-020 Parcel 1.375 acres, Fee Simple<br>Order Granted at doc. 128 | 500,000.00 | 329,298.92 | | 329,298.92 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$2,619,441.37** | **$1,660,983.75** | | **$1,660,983.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  01/31/2020        **Current Projected Date Of Final Report (TFR):**  02/26/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 19-70321-JAD | Trustee Name: | Eric Bononi (580760) |
|---|---|---|---|
| Case Name: | 16509 LINCOLN HIGHWAY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3283 | Account #: | ******0699 Checking |
| For Period Ending: | 06/18/2020 | Blanket Bond (per case limit): | $11,126,585.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/19 | | Rapid Funding LLC | Sale of Commercial Properties. Check dated 9/13/19. Check received 9/17/19 | | 60,983.75 | | 60,983.75 |
| | {9} | | Gross Sales amount for this asset $442,577.74 | 1110-000 | | | |
| | {11} | | Gross sales amount for this asset $329,298.92 | 1110-000 | | | |
| | {10} | | Gross Sales amount for this asset $889,107.09 | 1110-000 | | | |
| | | Rapid Funding LLC c/o McGrath McCall, P.C. | Credit bid amount paid towards lien -$1,600,000.00 | 4110-000 | | | |
| 11/13/19 | 101 | Passport Settlement Services, LLC | Funds to the Settlement Co. to pay taxes, liens, etc... from the sale of 3 properties. Order granted at doc. 128 | | | 40,983.75 | 20,000.00 |
| | | | Settlement or Closing Fee to Passport Settlement Services $375.00 | 2500-000 | | | |
| | | | Deed Charge $74.75 | 2500-000 | | | |
| | | Bedford Tax Claim Bureau | Delinquent Taxes 2018 $2,526.41 | 4700-000 | | | |
| | | Bedford Tax Claim Bureau | Delinquent 2018 Taxes $6,837.59 | 4700-000 | | | |
| | | Chestnut Ridge Area Joint Municipal Authority | Chestnut Ridge Area Joint Municipal Authority Lien $2,300.92 | 4800-000 | | | |
| | | Rapid Funding LLC c/o McGrath McCall, P.C. | Settlement Charges to Borrower $22,968.86 | 4110-000 | | | |
| | | Rapid Funding LLC c/o McGrath McCall, P.C. | Cash to Borrower $5,900.22 | 4110-000 | | | |
| 04/27/20 | 102 | Clerk, US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $181.00; Claim # CLERK; Filed: $181.00 | 2700-000 | | 181.00 | 19,819.00 |
| 04/27/20 | 103 | Eric Bononi | Distribution payment - Dividend paid at 100.00% of $5,000.00; Claim # FEE; Filed: $5,000.00 | 2100-000 | | 5,000.00 | 14,819.00 |
| 04/27/20 | 104 | Offit Kurman, P.A. | Distribution payment - Dividend paid at 100.00% of $4,545.00; Claim # 1-Admin; Filed: $4,545.00 | 3991-000 | | 4,545.00 | 10,274.00 |
| 04/27/20 | 105 | Dickie McCamey & Chilcote, P.C. | Distribution payment - Dividend paid at 100.00% of $9,775.00; Claim # 5; Filed: $23,722.70 | 3991-000 | | 9,775.00 | 499.00 |
| 04/27/20 | 106 | Offit Kurman, P.A. | Distribution payment - Dividend paid at 0.00% of $83,700.95; Claim # 1U; Filed: $83,700.95 | 7100-000 | | 1.52 | 497.48 |
| 04/27/20 | 107 | Lisa Swope, Chapter 7 Trustee for the Estate of BG c/o Matthew M. Herron | Distribution payment - Dividend paid at 0.00% of $27,338,910.93; Claim # 6; Filed: $27,338,910.93 | 7100-000 | | 497.48 | 0.00 |

**Page Subtotals:** $60,983.75   $60,983.75

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| **Case No.:** | 19-70321-JAD | **Trustee Name:** | Eric Bononi (580760) |
|---|---|---|---|
| **Case Name:** | 16509 LINCOLN HIGHWAY LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3283 | **Account #:** | ******0699 Checking |
| **For Period Ending:** | 06/18/2020 | **Blanket Bond (per case limit):** | $11,126,585.00 |
|  |  | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 60,983.75 | 60,983.75 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 60,983.75 | 60,983.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,983.75** | **$60,983.75** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-70321-JAD | **Trustee Name:** | Eric Bononi (580760) |
| **Case Name:** | 16509 LINCOLN HIGHWAY LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3283 | **Account #:** | ******0699 Checking |
| **For Period Ending:** 06/18/2020 | | **Blanket Bond (per case limit):** | $11,126,585.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $60,983.75 |
| Plus Gross Adjustments: | $1,600,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,660,983.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0699 Checking | $60,983.75 | $60,983.75 | $0.00 |
| | **$60,983.75** | **$60,983.75** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)